UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL WOOD,<br><br>                Plaintiff,<br>   v.<br><br>BUREAU OF PRISONS et al.,<br><br>                Defendants. | NO. 2:22-cv-00636-DGE-DWC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court ADOPTS the Report and Recommendation (Dkt. No. 16).

(2) Plaintiff's Motion for Preliminary Injunction (Dkt. No. 12) is DENIED without prejudice.

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Honorable David W. Christel.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

Dated this 20th day of September 2022.

David G. Estudillo
United States District Judge