UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL WOOD,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　　　Defendants. | NO. 2:22-cv-00636-DGE-DWC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of United States Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court ADOPTS the Report and Recommendation (Dkt. No. 43).

(2) Plaintiff's claims against Defendant Bremerton Police Department are DISMISSED without prejudice and Bremerton Police Department is terminated as a party in this action.

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Honorable David W. Christel.

Dated this 3rd day of April, 2023.

David G. Estudillo
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2