1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8    MICHAEL A. WOOD,                                    CASE NO. 2:22-CV-636-DGE-DWC

9                          Plaintiff,                    ORDER RE-DIRECTING SERVICE OF
                                                         CIVIL RIGHTS COMPLAINT
10          v.

11   UNITED STATES OF AMERICA, et al.,

12                         Defendants.

13

14         This is a civil rights action brought pursuant to 42 U.S.C. § 1983 and *Bivens v. Six*

15   *Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971). Plaintiff is proceeding with this action

16   *pro se* and *in forma pauperis*. The Court previously directed service in this matter. Dkt. 19.

17   Defendant Bureau of Prisons ("BOP") has filed a motion contending it has not been properly

18   served in accordance with Fed. R. Civ. P. 4(i)(2). Dkt. 33 at 4.

19         (1)    Extension of Time to Effectuate Service

20         Because Plaintiff is proceeding *in forma pauperis*, "[t]he officers of the court shall issue

21   and serve all process." 28 U.S.C. § 1915(d). However, if there is an error in the effectuation of

22   service by the Court or the Marshal a plaintiff should be penalized. *Puett v. Blandford*, 912 F.2d

23   270, 275 (9th Cir. 1990). Instead, any failure to effect service is "'automatically good cause

ORDER RE-DIRECTING SERVICE OF CIVIL
RIGHTS COMPLAINT - 1

1   within the meaning of Rule 4([m]).'" *Walker v. Sumner*, 14 F.3d 1415, 1422 (9th Cir. 1994)

2   (*quoting Sellers v. United States*, 902 F.2d 598, 603 (7th Cir.1990)).

3          Accordingly, the Court finds there is good cause to extend the time for service pursuant

4   to Fed. R. Civ. P. 4(m) until September 1, 2023.

5          (2)     Service by Clerk

6          Pursuant to Fed. R. Civ. P. 4(i), the Clerk is directed to send the following to Defendant

7   BOP and to the civil-process clerk at the United States Attorney's office by registered or

8   certified mail postage prepaid and return receipt requested:  a copy of Plaintiff's Second

9   Amended Complaint (Dkt. 18), a summons, and a copy of this Order. The Clerk is also directed

10  to send a copy of each of these documents by registered or certified mail to the Attornrey

11  General of the United States at Washington, D.C.

12         (3)     Prior Order

13         All portions of this Court's prior Order Directing Service (Dkt. 19) that do not contradict

14  this Order remain in full force and effect.

15         (4)     The Clerk is directed to send copies of this Order to plaintiff.  The Clerk is further

16  directed send a copy of this Order and a courtesy copy of plaintiff's Second Amended Complaint

17  to the Office of the United States Attorney, Western District of Washington, by first-class mail,

18  by first-class mail.

19         Dated this 21st day of July, 2023.

20

21                                              _____

22                                              David W. Christel
                                                Chief United States Magistrate Judge

23

ORDER RE-DIRECTING SERVICE OF CIVIL
RIGHTS COMPLAINT - 2