Michael V
Bureau of Prisons

Honorable David W Christal
No. 2:22-cv-636-DGE-DWC

Motion for Sanctions/Relief.

BOP & BOP Individual Defendants

The U.S Attorneys office & the Defendants being represented are guilty of civil conspiracy to interfere with due process of law. This conspiracy arose once the U.S Attorneys office prosecuting my criminal case was assigned counsel for the Defendants in my civil case. Simultaneously litigating both cases, the criminal case to its ending. Discovery violations were committed effecting both matters. Where evidence in my criminal case was not provided to the Defense. This evidence was generated by & could've been used against Defendants being represented by the U.S Attorney's prosecuting me. The U.S Attorneys acknowledged they knew of this evidence & its tie to my civil case during sentencing. When they told my Defense Attorneys that this evidence was a matter for my civil case or compassionate release motion after my Attorney brought up its existence. There is more than a casual link between these matters. The civil case is based off incidents surrounding my Arrest & criminal case.

Further evidence of the existence of a conspiracy & its direct injury to my due process rights is that the BOP & its Defendants failed to provide my Defense, probation or the courts with a response in regards to my Medical condition or any treatments being provided in my Defenses attempt to recieve a medical departure. There was no explanation from the U.S Attorney's office as to why no response was given by the

BOP. Instead the US Attorney used medical records they were given proving they were in contact with the BOP & the Defendants to provide their own medical assessments & Diagnosis. This was also done because any response given by the Defendants concerning my medical claims could be used against them in my civil case. This proves collusion between the US Attorneys & Defendants concerning both Criminal & Civil matters. This is interferences of Due process right by definition. An investigation into conspiracy & possible RICO violations should be done.

The US Attorney have not been complying with delivering motions on time. I usually don't recieve the motion till past the hearing date 2-4 weeks after they are filed with the courts giving me no time to respond.

Further possible retaliation by BOP in a recent transfer being denied. I have been programming going to college & worked my points to a low security level. There is no medical doctor at my current institution or is it set up to deal with my Disabilities. The unit team recommended my transfer from a medium security facility to a low security medical facility. My transfer was denied reasoning "population management" with no other reason to warrant an upward variance for my security level to keep me in a medium security facility. This is obviously in retaliation

The Attorneys have also retaliated by releasing sensetive information in the Declaration by mrs rogowski. The 1st time could of been done in carlessness

But after notifying them & the courts that they provided sensetive documents without being sealed & the possible risk to my safety, life & security. They provided 3 more documents as exhibits violating privacy rights & 1 disclosure violations putting me at further risk.

Relief

I'm asking that an attorney be appointed to investigate the misconduct & that the US attorney raeisue a sanction & I be awarded up to $2500 for their misconduct & damages to my liberties & due process rights. I also ask tha all further postage & copy costs be covered by BOP

I swear under "penalty" of "purjery" that all said is "true" & "correct"

Michael Wood

9-18-23



FILED ___ LODGED ___
___ RECEIVED
OCT 02 2023
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

United States District Court
clerk of court
1616 Pacific Ave #3100
Tacoma WA 98402

FCI Federal Correctional Institution #1
Michael Wood
71350 080 A1
PO BOX 5725
Adelanto CA 92301