UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL A. WOOD,

           Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

           Defendant.

CASE NO. 2:22-CV-636-DGE-DWC

ORDER APPOINTING COUNSEL

      This matter is before the Court on its Order Granting-In-Part Motion for Reconsideration and Directing Pro Bono Coordinator to Identify Pro Bono Counsel. Dkt. 146.

      The Court hereby appoints Richard A. Meadows (rmeadows@wrightlegal.net) of Wright, Finlay & Zak, 4665 MacArthur Court, Suite 200, Newport Beach, California 92660, (425) 296-3116, as counsel for Plaintiff pursuant to the "Amended Plan of the United States District Court for the Western District of Washington for the Representation of *Pro Se* Litigants in Civil Rights Actions" ("the Plan"). *See* General Order 07-23 (Sept. 8, 2023).

Counsel is directed to file a Notice of Appearance within **seven (7) calendar days** from the date of this Order. If counsel is unable for a reason set forth in the Rules to assume this representation, he should immediately file a motion for relief from appointment.

In the event Plaintiff prevails, appointed counsel may move for an award of attorney's fees under any applicable authority. The Court, however, is unable to assure counsel compensation from any other source.

The Clerk is directed to send a copy of this Order to Plaintiff, to appointed counsel Richard A. Meadows, and counsel for defendants.

Dated this 17th day of May, 2024.

David W. Christel
United States Magistrate Judge

ORDER APPOINTING COUNSEL - 2