UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL A. WOOD,<br><br>               Plaintiff,<br>  v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>               Defendants. | CASE NO. 2:22-CV-636-DGE-DWC<br><br>ORDER LIFTING STAY AND DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT |

On February 28, 2024, the Court stayed this case while the *pro bono* coordinator attempted to identify counsel for Plaintiff. Dkt. 146. After the Court determined if it would be able to appoint counsel, the Court would lift the stay and direct counsel to file a third amended complaint that clarifies the remaining claims upon which Plaintiff intends to proceed. *Id*. On May 17, 2024, the Court appointed Richard A. Meadows as counsel for Plaintiff, Dkt. 147, and Mr. Meadows entered an appearance on June 6, 2024. Dkt. 148. As counsel has entered an appearance on behalf of Plaintiff, the stay is lifted.

The Clerk is, therefore, directed the lift the stay. Plaintiff, through counsel, is directed to file a third amended complaint that clarifies the remaining claims upon which Plaintiff intends to

ORDER LIFTING STAY AND DIRECTING
PLAINTIFF TO FILE AMENDED COMPLAINT -
1

1 | proceed. As this case has a lengthy docket history, which includes rulings on dispositive
2 | motions, the Court directs Plaintiff to file the third amended complaint on or before August 23,
3 | 2024.
4 | Dated this 24th day of June, 2024.

*[signature]*

David W. Christel
United States Magistrate Judge

ORDER LIFTING STAY AND DIRECTING
PLAINTIFF TO FILE AMENDED COMPLAINT -
2