UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL A. WOOD,<br><br>              Plaintiff,<br>   v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>             Defendants. | CASE NO. 2:22-CV-636-DGE-DWC<br><br>ORDER TO SHOW CAUSE |

On June 24, 2024, the Court directed Plaintiff Michael A. Wood, who is represented by Court-appointed counsel, to file a third amended complaint. Dkt.149. The third amended complaint was due on or before August 23, 2024. *Id*.

At this time, Plaintiff, through his attorney, has failed to file a third amended complaint or otherwise respond to the Court's June 2024 Order. Therefore, Plaintiff's counsel is directed to show cause why this case should not be dismissed for failure to respond to a Court order. In lieu of showing cause, counsel can file the third amended complaint. A response to this Order to Show Cause or the third amended complaint must be filed on or before September 27, 2024.

ORDER TO SHOW CAUSE - 1

Failure to respond to this Order may result in sanctions, including but not limited to dismissal of this action.

Dated this 10th day of September, 2024.

_____
David W. Christel
United States Magistrate Judge