UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL WOOD,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　Defendant. | CASE NO. 2:22-cv-00636-DGE-DWC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 159) |

This matter comes before the Court on the Report and Recommendation of the Honorable Magistrate Judge David W. Christel. (Dkt. No. 159.) The Court, having considered the Report and Recommendation and the remaining record *de novo*, and no objections having been filed, does hereby find and ORDER:

1) The Court ADOPTS the Report and Recommendation.

2) The Federal Defendants' Motion to Dismiss (Dkt. 154) is GRANTED. The BOP, the individually named USMS Defendants, the Victorville Defendants, the ADA claims, and the claims of retaliation against the SeaTac Defendants are DISMISSED.

3) The Clerk is directed to send copies of this Order to counsel for the parties and to the Hon. David W. Christel.

Dated this 6th day of January, 2025.

David G. Estudillo
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 159) - 2