## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| MICHAEL A. WOOD,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | CASE NO. 2:22-CV-636-DGE-DWC<br><br>**DISCOVERY DEADLINES** |

The Court establishes the following discovery deadlines:

(1)     <u>FRCP 26(f) Conference</u>:  The deadline for the parties' FRCP 26(f) conference is **January 28, 2025.**  This conference shall be by direct and personal communication, whether that be a face−to−face meeting or a telephonic conference.

(2)     <u>Initial Disclosures</u>:  The initial disclosure deadline is **February 18, 2025.**

(3)     <u>Discovery Plan:</u>  Counsel and any pro se parties are directed to confer and provide the Court with a Discovery Plan by **February 25, 2025.**  The Discovery Plan must contain the following information relating to the parties' views and proposals on all items in Fed. R. Civ. P. 26(f)(3), which includes the following topics:

        a)     initial disclosures;

        b)     subjects, timing, and potential phasing of discovery;

        c)     electronically stored information;

        d)    privilege issues;

        e)    proposed limitations on discovery;

        f)    the need for any discovery related orders;

        g)    the date by which discovery can be completed; and

        h)    whether any party wishes a scheduling conference before the Court enters a scheduling order in the case.

(4)    Consent to a U.S. Magistrate Judge

The parties have the right to consent to assignment of this case to a full time United States Magistrate Judge, pursuant to 28 U.S.C. §636(c) and Local Rule MJR 13, to conduct all proceedings. The Western District of Washington assigns a wide range of cases to Magistrate Judges. The Magistrate Judges of this district thus have significant experience in all types of civil matters filed in our court. Additional information about our district's Magistrate Judges can be found at www.wawd.uscourts.gov. The parties should indicate whether they agree that the Honorable Magistrate Judge David W. Christel may conduct all proceedings including trial and the entry of judgment. When responding to this question, the parties should only respond "yes" or "no." Individual party responses should not be provided. A "yes" response should be indicated only if all parties consent. Otherwise, a "no" response should be provided.

(5)    The Clerk of Court is directed to send a copy of this Order to counsel for the parties.

Dated this 7th day of January, 2025.

*[signature]*
David W. Christel
United States Magistrate Judge

DISCOVERY DEADLINES - 2