UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL A. WOOD,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　　　　Defendants. | CASE NO. 2:22-CV-636-DGE-DWC<br><br>DISCOVERY SCHEDULING ORDER |

The parties have agreed to a discovery plan. Dkt. 166. Accordingly, the Court orders:

　　　　(1) <u>Discovery</u>

The parties shall conduct discovery according to their Discovery Plan. Dkt. 166. All discovery shall be completed by **April 3, 2026.** Service of responses to interrogatories and to requests to produce, and the taking of depositions, shall be completed by this date. Federal Rule of Civil Procedure 33(a) requires answers or objections to be served within thirty (30) days after service of the interrogatories.  The serving party, therefore, must serve his/her interrogatories at least thirty (30) days before the deadline in order to allow the other party time to answer.

DISCOVERY SCHEDULING ORDER - 1

(2) <u>Dispositive Motions</u>

Any dispositive motion or *Daubert* motion shall be filed and served on or before **May 4, 2026.** Pursuant to LCR 7(b), any argument being offered in support of a motion shall be submitted as a part of the motion itself and not in a separate document. The motion shall include in its caption (immediately below the title of the motion) a designation of the date the motion is to be noted for consideration upon the Court's motion calendar as directed by Local Civil Rule ("LCR") 7.

All briefs and affidavits in opposition to any motion shall be filed and served pursuant to the requirements of Rule 7 of the Federal Rules of Civil Procedure and LCR 7. The party making a motion may file and serve a reply to the opposing party's briefs and affidavits. Any reply brief shall also be filed and served pursuant to the requirements of Rule 7 of the Federal Rules of Civil Procedure and LCR 7.

As the parties did not consent to a magistrate judge, if the case proceeds past dispositive motions, trial dates and deadlines will be set by the Honorable David G. Estudillo, the Chief District Judge assigned to this case.

Dated this 28th day of February, 2025.

David W. Christel
United States Magistrate Judge