UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL WOOD,<br><br>                Plaintiff,<br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>                Defendant. | CASE NO. 2:22-cv-00636-DGE-DWC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 165) |

This matter comes before the Court on the Report and Recommendation of the Honorable Magistrate Judge David W. Christel.  (Dkt. No. 165.)  The Court, having considered the Report and Recommendation and the remaining record *de novo*, and no objections having been filed, does hereby find and ORDER:

Defendant Corliss's Motion to Dismiss (Dkt. No. 164) is GRANTED and Defendant Corliss is dismissed from this action.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Hon. David W. Christel.

1   Dated this 12th day of March, 2025.

David G. Estudillo
United States District Judge