CONNELLY
LAW OFFICES

Marta O'Brien
John Francis Connelly
Gregory Zacharia
2301 North 30th Street
Tacoma, Washington 98403
253.593.5100
Attorneys for Michael A. Wood

United States District Court
Western District of Washington
Honorable David W. Christel

| | |
|---|---|
| MICHAEL A. WOOD, | No. 2:22-CV-00636-DGE-DWC |
| Plaintiff, | Notice of Appearance for John Francis Connelly |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

John Francis Connelly Respectfully notifies the Court and Defendants of his appearance as counsel of record for Mr. Wood.[1]

Dated: March 17, 2026.

Connelly Law Offices
Attorneys for Michael Wood

s/ John Francis Connelly
John Francis Connelly, WSBA No. 60196
2301 North 30th Street
Tacoma, Washington 98403
253.593.5100

## Service Certificate

I certify that, on March 17, 2026, I electronically filed the foregoing with the Clerk of the Court using CM/ECF System, which notifies all represented parties.

s/ Sarah K. Awes
Paralegal
2301 North 30th Street
Tacoma, Washington 98403
253.593.5100

---

[1] *See* ECF No. 198 (Order) (appointing pro bono counsel).