

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

MICHAEL A. WOOD,

              Plaintiff,

   v.

MASON COUNTY, et al.,

              Defendant.

CASE NO. 2:22-CV-636-DGE-DWC

ORDER APPOINTING COUNSEL

This matter is before the Court on its Order Granting Plaintiff's Motion to Appoint New Counsel. Dkt. 197.

The Court hereby appoints Marta O'Brien, Greg Zacharia, and John Francis Connelly all of Connelly Law Offices, PLLC, 2301 North 30th Street, Tacoma, Washington 98403, (253) 593-5100, as counsel for Plaintiff pursuant to the "Amended Plan of the United States District Court for the Western District of Washington for the Representation of *Pro Se* Litigants in Civil Rights Actions" ("the Plan"). *See* General Order 07-23 (Sept. 8, 2023).

Counsel is directed to file a Notice of Appearance within **seven (7) calendar days** from the date of this Order. If counsel is unable for a reason set forth in the Rules to assume this representation, he should immediately file a motion for relief from appointment.

ORDER APPOINTING COUNSEL - 1

In the event Plaintiff prevails, appointed counsel may move for an award of attorney's fees under any applicable authority. The Court, however, is unable to assure counsel compensation from any other source.

The Clerk is directed to send a copy of this Order to Plaintiff, to Plaintiff's appointed counsel, and counsel for defendants.

Dated this 9th day of March, 2026.

David W. Christel
United States Magistrate Judge

ORDER APPOINTING COUNSEL - 2